IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

XPANSION HOLDINGS, LLC                                              PLAINTIFF

V.                                              CIVIL ACTION NO. 1:16CV125-SA-DAS

THE RETAIL COACH, LLC                                               DEFENDANT

## ORDER

For the reasons fully articulated in a separate Memorandum Opinion issued this day, Plaintiff Xpansion's Motion to Dismiss, Transfer, or Stay [23] is DENIED. In addition, the Court orders this case to be consolidated with *The Retail Coach, LLC v. Xpansion Holdings, LLC and r360, LLC*, Civil Action No. 1:16-CV-00032-SA-DAS, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this 3rd day of March, 2017.

                                              /s/ Sharion Aycock
                                              UNITED STATES DISTRICT JUDGE